United States District Court
Southern District of Texas
**ENTERED**
October 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRETT GRABNER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-23-03360 |
| § | |
| FREEDOM MORTGAGE CORPORATION, § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

For the reasons set forth in the separate Order of Dismissal signed this day, it is

ORDERED and ADJUDGED that Plaintiff Brett Grabner's claims against Defendant Freedom Mortgage Corporation are DISMISSED WITH PREJUDICE.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 12TH day of October, 2023.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE